JOSEPHINE A. WARNER, Appellant, *v.* THE STATE OF
NEW YORK, Respondent.

*Warner* v. *State of New York*, 132 App. Div. 611, affirmed.
(Argued February 21, 1912; decided March 8, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 4, 1909, reversing a judgment of the Court of Claims
in favor of the claimant and dismissing the proceedings.

The claim was for damages arising from a change of
grade of a highway.

*Hugo Hirsh* and *N. R. Holmes* for appellant.

*Thomas Carmody,* Attorney-General (*Henry Selden
Bacon* and *Edward G. Griffin* of counsel), for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.

CONCUR: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.

---

THE CITY OF NEW YORK, Respondent, *v.* HENRY CORN,
Appellant, Impleaded with Another.

*City of New York* v. *Corn*, 142 App. Div. 937, affirmed.
(Argued February 21, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered February 14, 1911, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court
in an action to recover the amount of a judgment plain-
tiff was obliged to pay owing to defendant's negligence in
maintaining a defective sidewalk bridge.

*D-Cady Herrick* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Not voting: HAIGHT, J.

---

CHARLES F. BANDEL, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Bandel* v. *City of New York*, 144 App. Div. 938, affirmed.
(Argued February 21, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 17, 1911, which affirmed a final judgment dismissing the complaint entered upon an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action to have declared illegal and void an ordinance of the board of health of the city of New York requiring a certificate of death to be signed by a physician on whom had been conferred the degree of doctor of medicine.

*Edwin A. Jones* and *Albert Van Winkle* for appellant.

*Archibald R. Watson, Corporation Counsel* (*James D. Bell* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER and COLLIN, JJ.; HISCOCK, J., concurs on the ground that plaintiff having been licensed to practice osteopathy under the provisions of section 14 of chapter 344 of the Laws of 1907, and not in accordance with the last clause of subdivision 6 of section 7 of said act and related pro-